UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
                                          )
ROBERT E. STAUFFER, JR.                   )    CHAPTER 13
DANA M. STAUFFER                          )
        Debtor                            )    Case No. 16-14797
                                          )
                                          )

### PRAECIPE TO WITHDRAW

Please withdraw the Proof of Claim No. 2 of Edwin and Nancy Hampton that was filed in the within case.

Respectfully submitted,

_____
Edwin Hampton

_____
Nancy Hampton

Date: Aug 12, 2016