# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-14797-MDC

ROBERT E. STAUFFER, JR.
DANA M. STAUFFER
5040 Martin Drive

East Petersburg, PA 17520

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ROBERT E. STAUFFER, JR.
    DANA M. STAUFFER
    5040 Martin Drive

    East Petersburg, PA 17520

**Counsel for debtor(s), by electronic notice only.**
    MITCHELL A. SOMMERS
    MITCHELL A. SOMMERS,ESQ P.C.
    107 WEST MAIN STREET
    EPHRATA, PA 17522

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 9/26/2016

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee