# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 16-14797-MDC

ROBERT E. STAUFFER, JR.
DANA M. STAUFFER
5040 MARTIN DRIVE

EAST PETERSBURG, PA 17520

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROBERT E. STAUFFER, JR.
    DANA M. STAUFFER
    5040 MARTIN DRIVE

    EAST PETERSBURG, PA 17520

Counsel for debtor(s), by electronic notice only.

    MITCHELL A. SOMMERS
    MITCHELL A. SOMMERS,ESQ P.C.
    107 WEST MAIN STREET
    EPHRATA, PA 17522

                                                /S/ William C. Miller

Date: 10/18/2016                                    _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee