**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Robert E. Stauffer, Jr. | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | Dana M. Stauffer | |
| (Spouse if, filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | |
| Case number | 16-14797 | |
| (if known) | | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ☐ No. Go to Part 2.

   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Lancaster Area Sewer Authority** Last 4 digits of account number **5035** | **$441.44** | **$441.44** | **$0.00** |
| | Priority Creditor's Name | | | |
| | **130 Centerville Road** When was the debt incurred? **6/3/16** | | | |
| | **Lancaster, PA 17603-4007** | | | |
| | Number Street City State Zip Code  As of the date you file, the claim is: Check all that apply | | | |
| | Who incurred the debt? Check one. ☐ Contingent | | | |
| | ☐ Debtor 1 only  ■ Unliquidated | | | |
| | ☐ Debtor 2 only  ☐ Disputed | | | |
| | ■ Debtor 1 and Debtor 2 only  Type of PRIORITY unsecured claim: | | | |
| | ☐ At least one of the debtors and another  ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a community debt  ■ Taxes and certain other debts you owe the government | | | |
| | Is the claim subject to offset?  ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No  ☐ Other. Specify _____ | | | |
| | ☐ Yes  municiple tax lien | | | |

### Part 2: List All of Your NONPRIORITY Unsecured Claims.

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1  Robert E. Stauffer, Jr.
Debtor 2  Dana M. Stauffer                                                      Case number (if know)  16-14797

### 4.1 Apex Asset Management
Nonpriority Creditor's Name
PO Box 5407
Lancaster, PA 17606-5407
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  8770                                           $26.54
When was the debt incurred?  4/20/15

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Lancaster Gastro

### 4.2 Apex Asset Management
Nonpriority Creditor's Name
PO Box 5407
Lancaster, PA 17606-5407
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  6439                                           $84.58
When was the debt incurred?  9/3/15

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Ephrata Radiology Assoc

### 4.3 Boyer Motors
Nonpriority Creditor's Name
1065 S State Street
Ephrata, PA 17522
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number                                                 $4,085.38
When was the debt incurred?  7/29/15

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  balance owing on totaled 2003 Ford Explorer

Debtor 1   Robert E. Stauffer, Jr.
Debtor 2   Dana M. Stauffer                                          Case number (if known)   **16-14797**

---

**4.4**  **Credit Bureau of Lancaster Co, Inc.**   Last 4 digits of account number   **5472**                                      **$302.81**
Nonpriority Creditor's Name
**PO Box 1271**                               When was the debt incurred?
**Lancaster, PA 17608**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ■ Unliquidated
■ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community      ☐ Student loans
debt                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?               report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify   **Lancaster General**

---

**4.5**  **Credit Bureau of Lancaster Co, Inc.**   Last 4 digits of account number   **2193**                                      **$17.48**
Nonpriority Creditor's Name
**PO Box 1271**                               When was the debt incurred?   **11/5/15**
**Lancaster, PA 17608**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ■ Unliquidated
■ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community      ☐ Student loans
debt                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?               report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify   **LGMG-Diabetes & End**

---

**4.6**  **Credit Bureau of Lancaster Co, Inc.**   Last 4 digits of account number   **2648**                                      **$71.00**
Nonpriority Creditor's Name
**PO Box 1271**                               When was the debt incurred?   **11//9/15**
**Lancaster, PA 17608**
Number Street City State Zip Code             As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ■ Unliquidated
■ Debtor 1 and Debtor 2 only                  ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community      ☐ Student loans
debt                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?               report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify   **LGMG Hematology/Oncology**

---

Debtor 1    Robert E. Stauffer, Jr.
Debtor 2    Dana M. Stauffer                                    Case number (if know)    16-14797

| 4.7 | Credit Bureau of Lancaster Co, Inc. | Last 4 digits of account number  9002 | $205.84 |

Nonpriority Creditor's Name
PO Box 1271
Lancaster, PA 17608
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
■ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt   ☐ Student loans
Is the claim subject to offset?         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                   ■ Other. Specify  Lancaster General

---

| 4.8 | Credit Bureau of Lancaster Co, Inc. | Last 4 digits of account number  9043 | $29.92 |

Nonpriority Creditor's Name
PO Box 1271
Lancaster, PA 17608
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ■ Unliquidated
■ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt   ☐ Student loans
Is the claim subject to offset?         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                   ■ Other. Specify  Lancaster General

---

| 4.9 | Jefferson Capital Systems | Last 4 digits of account number  5563 | $442.72 |

Nonpriority Creditor's Name
16 McLeland Road
Saint Cloud, MN 56303
Number Street City State Zip Code

When was the debt incurred?  1/2016

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                         ☐ Contingent
■ Debtor 2 only                         ■ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community debt   ☐ Student loans
Is the claim subject to offset?         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                   ■ Other. Specify  Premier Bankcard

Debtor 1    Robert E. Stauffer, Jr.
Debtor 2    Dana M. Stauffer

Case number (if known)    16-14797

| 4.10 | Lancaster Area Sewer Authority | Last 4 digits of account number | 0137 | $503.80 |

Nonpriority Creditor's Name
130 Centerville Road
Lancaster, PA 17603-4007
Number Street City State Zip Code

When was the debt incurred?    2016

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Is the claim subject to offset?
■ No
☐ Yes

| 4.11 | Lancaster General Health | Last 4 digits of account number | 4184 | $102.17 |

Nonpriority Creditor's Name
PO Box 824809
Philadelphia, PA 19182-4809
Number Street City State Zip Code

When was the debt incurred?    12/2/15

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Is the claim subject to offset?
■ No
☐ Yes

| 4.12 | Northern Lancaster County Medical Group | Last 4 digits of account number | 0244 | $199.34 |

Nonpriority Creditor's Name
PO Box 398
Brownstown, PA 17508
Number Street City State Zip Code

When was the debt incurred?    2015 and 2016

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| Debtor 1 | Robert E. Stauffer, Jr. | |
| Debtor 2 | Dana M. Stauffer | Case number (if know)  16-14797 |

| 4.1 3 | **Resurgent Capital Services** | Last 4 digits of account number  **5759** | **$880.23** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 10587**
**Greenville, SC 29603-5884**
Number Street City State Zip Code

When was the debt incurred?  **2015**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.1 4 | **Wellspan Ephrata Community Hospital** | Last 4 digits of account number  **5542** | **$515.42** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 7165**
**Ephrata, PA 17522**
Number Street City State Zip Code

When was the debt incurred?  **9/3/15**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.1 5 | **Wilber & Associates PC** | Last 4 digits of account number  **4689** | **$3,046.60** |
|---|---|---|---|

Nonpriority Creditor's Name
**210 Landmark Drive**
**Normal, IL 61761-2194**
Number Street City State Zip Code

When was the debt incurred?  **7/29/15**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Erie Insurance-insurance claim from accident on July 29, 2015**

| 4.16 | Zirulnick, Sherlock & Demille | Last 4 digits of account number | | $0.00 |

**Nonpriority Creditor's Name**
309 Fellowship Rd., STE 330
Mount Laurel, NJ 08054
Number Street City State Zip Code

When was the debt incurred?    **7/29/15**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Selective Insurance Company of the Souteast insurance claim for second car in accident-amount of claim is unknown

---

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|   |   |   |   |   | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 441.44 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **441.44** |
| | | | | | Total Claim |
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 10,513.83 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **10,513.83** |