## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT E. STAUFFER, JR. | ) | CHAPTER 13 |
| DANA M. STAUFFER | ) | |
| Debtor | ) | Case No. 16-14797 |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mitchell A. Sommers, Esquire, P.C., hereby certify that I served a true and correct copy of the Amended Schedule F to the above-captioned matter upon the persons and in the manner set forth below:

William Miller, Trustee (VIA ECF)
PO Box 40119
Philadelphia, PA19106

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

                                                                                                     s/Mitchell A. Sommers
                                                                                                     Mitchell A. Sommers, Esquire
                                                                                                     Attorney for Debtor
                                                                                                     Attorney I.D. No. 38505
                                                                                                     107 West Main Street
                                                                                                     Ephrata, PA 17522
                                                                                                     (717) 733-6607

Date:   October 21, 2016