## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
                                            )
ROBERT E. STAUFFER, JR.                     )          CHAPTER 13
DANA M. STAUFFER                            )
              Debtors                       )          Case No. 16-14797
                                            )

## PRAECIPE

**TO THE CLERK:**

Please correct the mailing address for the Debtors in the above-captioned case to:

Robert and Dana Stauffer
128 Church Road
Lititz, PA 17543


                                    Respectfully Submitted,


                                    s/Mitchell A. Sommers
                                    MITCHELL A. SOMMERS, Esquire
                                    Attorney for Debtor
                                    I.D. No. 38505
                                    107 West Main Street
                                    Ephrata, PA  17522
                                    717-733-6607


Date:   August 1, 2017