UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT E. STAUFFER, JR. | ) | CHAPTER 13 |
| DANA M. STAUFFER | ) | |
| Debtor | ) | Case No. 16-14797 |

### ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

AND NOW this __21st__ day of __Nov__, 2017 the Movant/Debtor having requested expedited consideration of this Motion for Sale of 5040 Martin Drive, East Petersburg, Pennsylvania, IT IS HEREBY ORDERED that an expedited Hearing for my consideration of the Movant/Debtor's Motion shall be held at:

United State Bankruptcy Court-E.D. Pa.
**Courtroom Number 2**
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, STE 202
Philadelphia, PA 19107

On __Dec. 7__, 2017 at __11:00 A.M.__ prevailing time.

IT IS HEREBY FURTHER ORDERED that Movant/Debtor's counsel shall immediately both (1) notify by telephone and (2) serve copies of this signed Order and Motion on the following parties by email or facsimile:

William Miller, Trustee (VIA ECF)
1234 Market Street, STE 1813
Philadelphia, PA 19107

Kevin Watters, CEO
Chase Home Mortgage
270 Park Avenue
New York, NY 10017

BY THE COURT:

_Magdeline D. Coleman_
BANKRUPTCY JUDGE