United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert E. Stauffer, Jr.
Dana M. Stauffer
    Debtors

Case No. 16-14797-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Nov 21, 2017
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.
db            +Robert E. Stauffer, Jr.,    128 Church Road,    Lititz, PA 17543-8548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2017 at the address(es) listed below:
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         MITCHELL A. SOMMERS    on behalf of Joint Debtor Dana M. Stauffer sommersesq@aol.com,
          kjober@ptd.net
         MITCHELL A. SOMMERS    on behalf of Debtor Robert E. Stauffer, Jr. sommersesq@aol.com,
          kjober@ptd.net
         THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                               TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )
ROBERT E. STAUFFER, JR.               )          CHAPTER 13
DANA M. STAUFFER                      )
         Debtor                       )          Case No. 16-14797

ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

AND NOW this _21st_ day of _Nov_____, 2017 the

Movant/Debtor having requested expedited consideration of this Motion for Sale of

5040 Martin Drive, East Petersburg, Pennsylvania, IT IS HEREBY ORDERED that an

expedited Hearing for my consideration of the Movant/Debtor's Motion shall be held at:

United State Bankruptcy Court-E.D. Pa.
Courtroom Number 2
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, STE 202
Philadelphia, PA 19107

On _Dec. 7_, 2017 at _11:00 A.M._ prevailing time.

IT IS HEREBY FURTHER ORDERED that Movant/Debtor's counsel shall immediately both (1) notify by telephone and (2) serve copies of this signed Order and Motion on the following parties by email or facsimile:

William Miller, Trustee (VIA ECF)          Kevin Watters, CEO
1234 Market Street, STE 1813               Chase Home Mortgage
Philadelphia, PA 19107                     270 Park Avenue
                                           New York, NY 10017

BY THE COURT:

_Magdeline D. Coleman_
BANKRUPTCY JUDGE