**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **ROBERT E. STAUFFER, JR.** | ) | **CHAPTER 13** |
| **DANA M. STAUFFER** | ) | |
| **Debtor** | ) | **Case No. 16-14797** |

**ORDER**

AND NOW this _____ day of _____,

2017 after review of the foregoing Motion, it is ORDERED that Debtor is permitted to

sell real estate located at 5040 Martin Drive, East Petersburg, Pennsylvania *free and*

*clear of all liens and encumbrances* with the moneys going as follows:

 a)    To the payment of all taxes on said property.

 b)    To the lender in the amount agreed upon by Buyer and seller, which will be

less than the amount of the mortgage.

 c)    To the Realtor;

 d)    To Debtor's attorney for any unpaid fees,

 e)    The US Trustee shall be provided a copy of the Settlement Sheet within 24

hours of closing.

BY THE COURT:

_____

Bankruptcy Judge