UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )
ROBERT E. STAUFFER, JR.             )    CHAPTER 13
DANA M. STAUFFER                    )
        Debtor                      )    Case No. 16-14797

## ORDER

AND NOW this __12th__ day of __December__, 2017 after review of the foregoing Motion, it is ORDERED that Debtor is permitted to sell real estate located at 5040 Martin Drive, East Petersburg, Pennsylvania *free and clear of all liens and encumbrances* with the moneys going as follows:

a) To the payment of all taxes on said property.

b) To the lender in the amount agreed upon by Buyer and seller, which will be less than the amount of the mortgage.

c) To the Realtor;

d) To Debtor's attorney for any unpaid fees,

e) The US Trustee shall be provided a copy of the Settlement Sheet within 24 hours of closing.

BY THE COURT:

_Magdeline D. Co____
Bankruptcy Judge