United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-14797-mdc
Robert E. Stauffer, Jr.                                         Chapter 13
Dana M. Stauffer
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John                Page 1 of 1                 Date Rcvd: Dec 13, 2017
                              Form ID: pdf900           Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
```
db/jdb         +Robert E. Stauffer, Jr.,    Dana M. Stauffer,    128 Church Road,    Lititz, PA 17543-8548
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 14 2017 01:38:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2017 01:38:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2017 01:38:25      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2017 01:39:53      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MITCHELL A. SOMMERS    on behalf of Debtor Robert E. Stauffer, Jr. sommersesq@aol.com,
               kjober@ptd.net
              MITCHELL A. SOMMERS    on behalf of Joint Debtor Dana M. Stauffer sommersesq@aol.com,
               kjober@ptd.net
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
 )
ROBERT E. STAUFFER, JR. ) CHAPTER 13
DANA M. STAUFFER )
       Debtor ) Case No. 16-14797

## ORDER

AND NOW this _12th_ day of _December_, 2017 after review of the foregoing Motion, it is ORDERED that Debtor is permitted to sell real estate located at 5040 Martin Drive, East Petersburg, Pennsylvania *free and clear of all liens and encumbrances* with the moneys going as follows:

    a)    To the payment of all taxes on said property.

    b)    To the lender in the amount agreed upon by Buyer and seller, which will be less than the amount of the mortgage.

    c)    To the Realtor;

    d)    To Debtor's attorney for any unpaid fees,

    e)    The US Trustee shall be provided a copy of the Settlement Sheet within 24 hours of closing.

BY THE COURT:

_Magdeline D. Co___
Bankruptcy Judge