**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                      Chapter 13

                      Bankruptcy No. 16-14797-MDC

ROBERT E. STAUFFER, JR.
DANA M. STAUFFER
128 CHURCH RD

LITITZ, PA 17543-

       Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ROBERT E. STAUFFER, JR.
    DANA M. STAUFFER
    128 CHURCH RD

    LITITZ, PA 17543-

Counsel for debtor(s), by electronic notice only.

    MITCHELL A. SOMMERS
    MITCHELL A. SOMMERS,ESQ P.C.
    107 WEST MAIN STREET
    EPHRATA, PA 17522

                                                /S/ William C. Miller

Date: 2/16/2018                                     _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee