UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :
    ROBERT E. STAUFFER, JR.         :        Chapter 13
    DANA M. STAUFFER                :
                                    :        Bk No.: 16-14797
        Debtor(s)               :

ORDER

AND NOW, this __29th__ day of _____March_____ 2018, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses Pursuant to §331 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $1,142.00.

BY THE COURT:

_____
U.S. Bankruptcy Judge