United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert E. Stauffer, Jr.
Dana M. Stauffer
    Debtors

Case No. 16-14797-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Mar 30, 2018
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2018.
db/jdb          +Robert E. Stauffer, Jr.,    Dana M. Stauffer,    128 Church Road,    Lititz, PA 17543-8548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 31 2018 07:33:11      U.S. Attorney Office,
            c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                           TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2018 at the address(es) listed below:
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         MITCHELL A. SOMMERS    on behalf of Joint Debtor Dana M. Stauffer sommersesq@aol.com,
          kjober@ptd.net
         MITCHELL A. SOMMERS    on behalf of Debtor Robert E. Stauffer, Jr. sommersesq@aol.com,
          kjober@ptd.net
         THOMAS I. PULEO    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                           TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
   ROBERT E. STAUFFER, JR.           :         Chapter 13
   DANA M. STAUFFER                   :
                                          :         Bk No.: 16-14797
            Debtor(s)            :

## ORDER

AND NOW, this __29th__ day of _____March_____ 2018, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses Pursuant to §331 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $1,142.00.

BY THE COURT:

_____
U.S. Bankruptcy Judge