Certificate Number: 12433-PAE-DE-035179879

Bankruptcy Case Number: 16-14797



12433-PAE-DE-035179879

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 14, 2020</u>, at <u>8:58</u> o'clock <u>PM EST</u>, <u>Robert E. Stauffer, Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 15, 2020</u>          By:    <u>/s/Candace Jones</u>

                                        Name:  <u>Candace Jones</u>

                                        Title: <u>Counselor</u>

Certificate Number: 12433-PAE-DE-035179878

Bankruptcy Case Number: 16-14797



12433-PAE-DE-035179878

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 14, 2020, at 8:58 o'clock PM EST, Dana M. Stauffer completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 15, 2020          By:    /s/Candace Jones

                                 Name:  Candace Jones

                                 Title: Counselor