**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **ROBERT E. STAUFFER, JR.** | ) | **CHAPTER 13** |
| **DANA M. STAUFFER** | ) | |
| Debtor | ) | Case No. 16-14797 |

## **PRAECIPE**

**TO THE CLERK:**

Please correct the mailing address for the Debtors in the above-captioned case to:

Robert E. Stauffer Jr.           Dana M. Stauffer
445 Creekside Lane            312 S Broad Street, Apt. 2
Lititz PA 17543                    Lititz, PA 17543


Respectfully Submitted,


s/Mitchell A. Sommers
MITCHELL A. SOMMERS, Esquire
Attorney for Debtor
I.D. No. 38505
15 S State Street, STE 201
PO Box 836
Brownstown, PA 17508
717-733-6607

Date:   April 20, 2021