UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Robert E. Stauffer, Jr. and Dana M. Stauffer, | : | |
| Debtors. | : | Bankruptcy No. 16-14797-mdc |

# O R D E R

**AND NOW**, it appears that the trustee in the above-entitled matter has filed his report, and that the trustee has performed all other duties required in the administration of the Debtors' estate.[1]

It is hereby **ORDERED** that the trustee be discharged and relieved of any trust; and this case be and the same is hereby **CLOSED without the entry of an order of discharge**.

Dated: September 8, 2021

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Mitchell A. Sommers, Esquire
Mitchell A. Sommers, Esquire P.C.
107 West Main Street
Ephrata, PA 17522

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[1] Bankr. Docket No. 75.