# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Robert E. Stauffer, Jr.<br>Dana M. Stauffer | : | |
| Debtor(s) | : | Bankruptcy No. 16-14797mdc |

### NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Dated: September 8, 2021

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

13NoDischargePriorNotice
(5/12)