United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-14797-mdc |
| Robert E. Stauffer, Jr. | Chapter 13 |
| Dana M. Stauffer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert E. Stauffer, Jr., 445 Creekside Lane, Lititz, PA 17543-6812 |
| jdb | + Dana M. Stauffer, 312 S Broad Street, Apt. 2, Lititz, PA 17543-2319 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 23:29:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 10, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| MITCHELL A. SOMMERS | on behalf of Joint Debtor Dana M. Stauffer msommers@ptd.net  kjober@ptd.net |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 3 |

MITCHELL A. SOMMERS
    on behalf of Debtor Robert E. Stauffer Jr. msommers@ptd.net, kjober@ptd.net

THOMAS I. PULEO
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Robert E. Stauffer, Jr. and Dana M. Stauffer, | : | |
| Debtors. | : | Bankruptcy No.  16-14797-mdc |

# ORDER

AND NOW, it appears that the trustee in the above-entitled matter has filed his report, and that the trustee has performed all other duties required in the administration of the Debtors' estate.[1]

It is hereby ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same is hereby CLOSED without the entry of an order of discharge.

Dated:  September 8, 2021

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Mitchell A. Sommers, Esquire
Mitchell A. Sommers, Esquire P.C.
107 West Main Street
Ephrata, PA 17522

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

---

[1] Bankr. Docket No. 75.