United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-14797-mdc |
|---|---|
| Robert E. Stauffer, Jr. | Chapter 13 |
| Dana M. Stauffer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert E. Stauffer, Jr., 445 Creekside Lane, Lititz, PA 17543-6812 |
| jdb | + | Dana M. Stauffer, 312 S Broad Street, Apt. 2, Lititz, PA 17543-2319 |
| 13755633 | | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 13755634 | + | Boyer Motors, 1065 S State Street, Ephrata, PA 17522-2356 |
| 13770563 | + | Edwin and Nancy Hampton, 38812 Tyler Ave, Selbyville DE 19975-4407 |
| 13767690 | + | Erie Insurance A/S/O Switchgear Solution Ltd, Wilber, 210 Landmark Drive, Normal, IL 61761-2119 |
| 13762805 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o JOSHUA ISAAC GOLDMAN, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13755637 | + | KML Law Group, PC, 701 Market Street, STE 5000-BNY Independence Center, Philadelphia, PA 19106-1541 |
| 13755639 | | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 13755641 | | Wellspan Ephrata Community Hospital, PO Box 7165, Ephrata, PA 17522 |
| 13755642 | + | Wilber & Associates PC, 210 Landmark Drive, Normal, IL 61761-2119 |
| 13755643 | + | Zirulnick, Sherlock & Demille, 309 Fellowship Rd., STE 330, Mount Laurel, NJ 08054-1234 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 08 2021 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 08 2021 23:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2021 23:29:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13755636 | + | Email/Text: csd1clientservices@cboflanc.com | Sep 08 2021 23:25:00 | Credit Bureau of Lancaster Co, Inc., PO Box 1271, Lancaster, PA 17608-1271 |
| 13812418 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 08 2021 23:25:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud MN 56303 |
| 13755635 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 08 2021 23:29:20 | Chase Home Mortgage, PO Box 24696, Columbus, OH 43224 |
| 13797350 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 23:29:22 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 16-14797-mdc   Doc 79   Filed 09/10/21   Entered 09/11/21 00:36:26   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 25 |

| 14036157 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 23:29:27 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13755638 | | Email/Text: cbunt@lasa.org | Sep 08 2021 23:25:00 | Lancaster Area Sewer Authority, 130 Centerville Road, Lancaster, PA 17603-4007 |
| 14002176 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 08 2021 23:29:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13806197 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 08 2021 23:25:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13812417 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 23:29:16 | Resurgent Capital Services, PO Box 10587, Greenville SC 29603-0587 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13755640 | ##+ | Northern Lancaster County Medical Group, PO Box 398, Brownstown, PA 17508-0398 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| MITCHELL A. SOMMERS | on behalf of Joint Debtor Dana M. Stauffer msommers@ptd.net kjober@ptd.net |
| MITCHELL A. SOMMERS | on behalf of Debtor Robert E. Stauffer Jr. msommers@ptd.net, kjober@ptd.net |
| THOMAS I. PULEO | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Robert E. Stauffer, Jr.<br>Dana M. Stauffer | : | |
| Debtor(s) | : | Bankruptcy No. 16-14797mdc |

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Dated: September 8, 2021

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

13NoDischargePriorNotice
(5/12)